1  PETER O. GLAESSNER, State Bar No. 093830
   pog@llcllp.com
2  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
3  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
4  Telephone:   (510) 433-2600
   Facsimile:   (510) 433-2699
5
6  Attorneys for Defendant, THURMAN
   BRIDGEPORT, LLC

7

8                UNITED STATES DISTRICT COURT

9      NORTHERN DITSRICT OF CALIFORNIA – OAKLAND DIVISION

10

| | |
|---|---|
| 11  MODESSA HENDERSON, IRENE FRANCISCO, CORAZON ANCHETA, KENNETH ANCHETA, DAWN VEGA, STEVE VEGA, MICHELLE OPDYK, CASSANDRA MITCHELL-REED, ELLIS MITCHELL, STEVEN TURNER, DINA AGAG, ABUALGASSIM AGAG, NADIR HUSSAIN, MOHMED HUSSAIN, YASEEN HUSSAIN, MARY GREEN-PARKS, ALFREDA CRIDDLE, DEON CRIDDLE, TAMMY ROBINSON,<br><br>Plaintiffs,<br><br>v.<br><br>HARBOR ISLAND APARTMENTS, THURMAN BRIDGEPORT, LLC, FIFTEEN/ROCKPORT ALAMEDA, LLC, FIFTEEN ASSET MANAGEMENT, LLC, FG MANAGING MEMBER, INC., WESTDALE ASSET MANAGEMENT COMPANY, PINNACLE PROPERTIES, INC., and DOES 1 to XX,<br><br>Defendants. | Case No. C07-02395 SBA<br><br>[PROPOSED] ORDER EXCUSING PERSONAL APPEARANCE AND PERMITTING TELEPHONE PARTICIPATION AT SETTLEMENT CONFERENCE<br><br>Date:    August 14, 2008<br>Time:    2 p.m.<br>Judge:   Magistrate Wayne Brazil |

25  / / /
26  / / /
27  / / /
28  / / /

30567-36770 POG 556787.1

**[PROPOSED] ORDER FOR TELEPHONE PARTICIPATION AT SETTLEMENT CONFERENCE**

       The court, upon reviewing the letter of counsel dated July 14, 2008, and upon consent of all counsel, hereby excuses Great American Insurance Company from personal appearance at the August 14th settlement conference, provided Larry David is available telephonically throughout the settlement conference.

       IT IS SO ORDERED.

Dated: 7-17-08

_____
Magistrate Judge Wayne Brazil
United States District Court Judge

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

30567-36770 POG 556787.1

- 2 -

**[PROPOSED] ORDER FOR TELEPHONE PARTICIPATION AT SETTLEMENT CONFERENCE**